W. L. FLEISHER & COMPANY, INC., Appellant, v. PAUL GERLI, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Clarke, P. J., and Dowling, J., dissented.

HERBERT LOWELL DILLON, Respondent, v. " ARTHUR " C. HARRINGTON, the Name " Arthur " Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs as stated in order. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MURTHA, Appellant, v. BURDETTE G. LEWIS, as Commissioner of the Department of Correction of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMPSON SCHREIBER, an Infant, by FLORA SCHREIBER, His Guardian ad Litem, Respondent, v. JAMES F. FARGO, as Treasurer of the AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $8,500; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order ·to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MAUDE LEWIS, as Executrix, etc., Appellant, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Laughlin and Smith, JJ., dissented.

BOTTLERS SEAL COMPANY, Suing in Behalf of Itself, etc., Appellant, v. ROY A. RAINEY and Others, Impleaded with ALBERT R. FISH, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Smith, J., dissented.

AGOTA FORMANSKI, Widow, etc., Appellant, v. LEHIGH VALLEY COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

In the Matter of WILLIAM H. DENHAM, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.